United States District Court
Southern District of Texas
**ENTERED**
March 29, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PEDRO R. RODRIGUEZ RODRIGUEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-02087 |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY, § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on December 15, 2022. Doc. #19. The deadline for filing objections has passed, and no objections have been filed. The Court has reviewed the Memorandum and Recommendation for clear error. FED. R. CIV P. 72(b); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Plaintiff's Motion for Summary Judgment (Doc. #14) is GRANTED, Defendant's Motion for Summary Judgment (Doc. #12) is DENIED, and the decision of the Commissioner of the Social Security Administration is VACATED. This case is hereby REMANDED for further administrative proceedings consistent with the Memorandum and Recommendation.

It is so ORDERED.

MAR 27 2023
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge